# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN,<br>    Plaintiff,<br><br>        v.<br><br>TORRANCE BREWING CO.,<br>INC. et al.,<br>    Defendants. | CV 19-1102 DSF (KSx)<br><br>JUDGMENT |

The Court having dismissed the case for lack of prosecution,

IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing and that the action be dismissed without prejudice.

Date: June 10, 2019

_____
Dale S. Fischer
United States District Judge